**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Dawn Marie Hunter - #177153

_____/

No. C 14-80165 WHA

**ORDER OF SUSPENSION**

Because Dawn Marie Hunter has failed to respond to the order to show cause, Ms. Hunter's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE